UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:12-CV-134

U.S. SPECIALY INSURANCE CO().                          PLAINTIFF

v.

UNITED STATES OF AMERICA ex rel.
E.A. BIGGS OF KY, LLC et al.                           DEFENDANT/
                                                       THIRD-PARTY PLAINTIFF

v.                          **ORDER**

PERRY BARTSCH CONSTRUCTION CO.
and
GREAT AMERICAN INSURANCE COMPANY            THIRD-PARTY DEFENDANTS

\*\* \*\* \*\*

Motion having been made to Dismiss the Third Party Complaint and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Third Party Complaint is DISMISSED.

*[signature]*
Joseph H. McKinley, Jr., Chief Judge
United States District Court

August 13, 2013